QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (Bar No. 101006)
stevemadison@quinnamenuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

John M. Potter (Bar No. 165842)
johnpotter@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Ayman Shahid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>AYMAN SHAHID,<br><br>Defendant. | CASE NO. 14-CR-271-YGR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING ADMINISTRATIVE RELIEF SEALING EXHIBIT U TO THE DECLARATION OF STEVEN G. MADISON** |

Pursuant to Criminal Local Rule 56-1 and Civil Local Rule 7-11, the parties respectfully request that the Court permit the lodging under seal of Exhibit U to the Declaration of Steven G. Madison, Filed in Support of the Sentencing Memorandum of Ayman Shahid. Exhibit U is the Complaint and Affidavit filed under seal in the matter *United States v. Albert Seeno III*, 4-16-70835 (N.D. Cal. July 5, 2016). The document is not publicly available.

IT IS SO STIPULATED.

DATED: February 24, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By

Steven G. Madison
John M. Potter
Attorneys for Defendant Ayman Shahid

DATED: February 24, 2017

BRIAN STRETCH
United States Attorney

By /s/ John H. Hemann
JOHN H. HEMANN
Assistant United States Attorneys

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

DATED: February 27, 2017

THE HON. YVONNE GONZALEZ ROGERS
United States District Judge

**DECLARATION OF STEVEN G. MADISON**

I, Steven G. Madison, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Ayman Shahid. Based on my work representing Mr. Shahid, I am informed and thereupon believe the following factual assertions to be true and offer them to the Court for its consideration of the parties' Stipulation And [Proposed] Order Requesting Administrating Relief Sealing Exhibit U to the Declaration of Steven G. Madison.

2. The request for administrative relief in the attached stipulation seeking sealing of Exhibit U to the Declaration of Steven G. Madison is justified because the documents in the exhibit were filed under seal in the matter *United States v. Albert Seeno III*, 4-16-70835 (N.D. Cal. July 5, 2016), and have not been made publicly available.

3. On February 15, 2017, the parties filed a stipulation allowing Mr. Shahid to receive a copy of the Complaint and Affidavit in connection with discovery in this matter. Mr. Shahid obtained an Order from this Court granting the parties' stipulation on February 16, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 24, 2017, at Los Angeles, California

Steven G. Madison