QUINN EMANUEL URQUHART OLIVER & SULLIVAN, LLP
Steven G. Madison (Bar No. 101006)
stevemadison@quinnamenuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

John M. Potter (Bar No. 165842)
johnpotter@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Ayman Shahid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA

Plaintiff,

vs.

AYMAN SHAHID,

Defendant.

CASE NO. 14-CR-271-YGR

**NOTICE OF ASSOCIATION OF COUNSEL**

TO THE CLERK OF THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Ayman Shahid, by and through his counsel, Quinn Emanuel Urquhart & Sullivan, LLP, hereby associates as co-counsel in this matter James J. Brosnahan and S. Raj Chatterjee of Morrison & Foerster, LLP, whose contact information is below:

James J. Brosnahan (CA SBN 34555)
jbrosnahan@mofo.com
S. Raj Chatterjee (CA SBN 177019)
schatterjee@mofo.com
425 Market Street
San Francisco, CA 94105
P (415) 268-7000
F (415) 268-7522

Defendant requests that, going forward, all documents, pleadings, communications and other items served in this matter be served on both law firms representing him.

DATED: March 14, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Steven G. Madison*

Steven G. Madison
Attorneys for Defendant Ayman Shahid

DATED: March 14, 2017

MORRISON & FOERSTER LLP

By*/s/ Somnath Raj Chatterjee*

James J. Brosnahan
Somnath Raj Chatterjee
Attorneys for Defendant Ayman Shahid